```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 18136
   ANGELA BERRYHILL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4162


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/15/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00          .00            .00
CITIFINANCIAL AUTO CREDI  SECURED VEHIC     27313.00          .00            .00
CITIFINANCIAL AUTO CREDI  UNSECURED           881.50          .00            .00
COOK COUNTY TREASURER     SECURED            2244.42          .00          45.00
CITY OF CHICAGO WATER DE  SECURED             426.02          .00          20.00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE      2094.00          .00            .00
AT&T                      UNSECURED         NOT FILED         .00            .00
DISH NETWORK              UNSECURED         NOT FILED         .00            .00
US FAST CASH              UNSECURED         NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED           720.00          .00            .00
COMMONWEALTH EDISON       UNSECURED          1243.79          .00            .00
PRA RECEIVABLES MANAGEME  UNSECURED           618.96          .00            .00
ENHANCED RECOVERY CORP    UNSECURED         NOT FILED         .00            .00
TCF NATIONAL BANK         UNSECURED         NOT FILED         .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         NOT FILED         .00            .00
ECAST SETTLEMENT          UNSECURED           321.98          .00            .00
ORCHARD BANKCARD SERVICE  UNSECURED           719.57          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          2107.56          .00            .00
WALMART                   UNSECURED         NOT FILED         .00            .00
WAPII                     UNSECURED         NOT FILED         .00            .00
ROUNDUP FUNDING LLC       UNSECURED           727.63          .00            .00
DARREN BERRYHILL          NOTICE ONLY       NOT FILED         .00            .00
COOK COUNTY TREASURER     SECURED NOT I          .00          .00            .00
ROSENTHAL MORGAN & THOMA  UNSECURED         NOT FILED         .00            .00
ROSENTHAL MORGAN & THOMA  UNSECURED         NOT FILED         .00            .00
CHECK PLUS SYSTEMS LP     UNSECURED         NOT FILED         .00            .00
PIERCE & ASSOCIATES       MORTGAGE NOTI     NOT FILED         .00            .00
ECAST SETTLEMENT          UNSECURED              .00          .00            .00
ECAST SETTLEMENT          UNSECURED              .00          .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,481.50                      644.36
TOM VAUGHN                TRUSTEE                                          55.64
DEBTOR REFUND             REFUND                                          550.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 18136 ANGELA BERRYHILL

```
                              RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       1,315.00

PRIORITY                                                  .00
SECURED                                                 65.00
UNSECURED                                                 .00
ADMINISTRATIVE                                         644.36
TRUSTEE COMPENSATION                                    55.64
DEBTOR REFUND                                          550.00
                           ---------------    ---------------
TOTALS                         1,315.00             1,315.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 01/27/09           _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 18136 ANGELA BERRYHILL